# **EXHIBIT F**

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

| | |
|---|---|
| ARGONAUT INSURANCE COMPANY,<br><br>                        Plaintiff,<br><br>v.<br><br>DRIVETRAIN, LLC. ABC CORPORATIONS 1-10, and JOHN DOES 1-10,<br><br>                        Defendants. | Index No.: 656014/2020<br><br>**ORDER TO SHOW CAUSE** |

      Upon the annexed affirmation of TOD S. CHASIN, ESQ., affirmed on the 17th day of November, 2020, and the attached Exhibits thereto, the Affidavit of Christopher C. Flagg, and the attached Exhibits thereto, the Memorandum of Law in support of the Order to Show Cause, the proposed order attached hereto, and based on all prior pleadings and proceedings in this matter, and for good and sufficient cause:

      Let the defendant or his attorney show cause at IAS Part _____, Room _____, of this Court, to be held at the Courthouse, 60 Centre St, New York, New York 10007, on the _____ day of _____, 2020, at _____ o'clock in the noon or as soon as counsel may be heard why an order pursuant to CPLR Rule 2214(d) should not be made ordering Drivetrain to post collateral with Argonaut in the amount of $306,999.80 to secure Drivetrain's indemnity obligation under the subject Bonds issued on behalf of Drivetrain as assignee principal and the associated Indemnity Agreements; or, alternatively, if Drivetrain fails to post collateral, to prohibit Drivetrain from transferring any assets.

1

2

Sufficient Cause appearing therefor, let service of a copy of this order, and the other papers upon which this order is granted, upon the defendant by on or before the _____ day of _____, 2020 be deemed good and sufficient.  An affidavit or other proof of service shall be presented to this Court on the return date directed in the second paragraph of this order.

_____

J.S.C.