# **EXHIBIT J**

49024567;5

# REQUEST FOR JUDICIAL INTERVENTION

UCS-840
(rev. 07/29/2019)

**New York Supreme COURT, COUNTY OF New York**

Index No: 656014/2020    Date Index Issued: 11/05/2020

**For Court Use Only:**
IAS Entry Date
Judge Assigned
RJI Filed Date

**CAPTION** — Enter the complete case caption. Do not use et al or et ano. If more space is needed, attach a caption rider sheet.

Argonaut Insurance Company

Plaintiff(s)/Petitioner(s)

-against-

Drivetrain, LLC, ABC CORPORATIONS 1-10, JOHN DOES 1-10

Defendant(s)/Respondent(s)

**NATURE OF ACTION OR PROCEEDING:** Check only one box and specify where indicated.

**COMMERCIAL**
- [ ] Business Entity (includes corporations, partnerships, LLCs, LLPs, etc.)
- [x] Contract
- [ ] Insurance (where insurance company is a party, except arbitration)
- [ ] UCC (includes sales and negotiable instruments)
- [ ] Other Commercial (specify): _____

*NOTE: For Commercial Division assignment requests pursuant to 22 NYCRR 202.70(d), complete and attach the COMMERCIAL DIVISION RJI ADDENDUM (UCS-840C).*

**REAL PROPERTY:** Specify how many properties the application includes: _____
- [ ] Condemnation
- [ ] Mortgage Foreclosure (specify):  [ ] Residential   [ ] Commercial
  Property Address: _____

*NOTE: For Mortgage Foreclosure actions involving a one to four-family, owner-occupied residential property or owner-occupied condominium, complete and attach the FORECLOSURE RJI ADDENDUM (UCS-840F).*

- [ ] Tax Certiorari - Section:  Block:  Lot:
- [ ] Tax Foreclosure
- [ ] Other Real Property (specify): _____

**OTHER MATTERS**
- [ ] Certificate of Incorporation/Dissolution    [see NOTE in COMMERCIAL section]
- [ ] Emergency Medical Treatment
- [ ] Habeas Corpus
- [ ] Local Court Appeal
- [ ] Mechanic's Lien
- [ ] Name Change
- [ ] Pistol Permit Revocation Hearing
- [ ] Sale or Finance of Religious/Not-for-Profit Property
- [ ] Other (specify): _____

**MATRIMONIAL**
- [ ] Contested

*NOTE: If there are children under the age of 18, complete and attach the MATRIMONIAL RJI Addendum (UCS-840M).*
*For Uncontested Matrimonial actions, use the Uncontested Divorce RJI (UD-13).*

**TORTS**
- [ ] Asbestos
- [ ] Child Victims Act
- [ ] Environmental (specify): _____
- [ ] Medical, Dental, or Podiatric Malpractice
- [ ] Motor Vehicle
- [ ] Products Liability (specify): _____
- [ ] Other Negligence (specify): _____
- [ ] Other Professional Malpractice (specify): _____
- [ ] Other Tort (specify): _____

**SPECIAL PROCEEDINGS**
- [ ] CPLR Article 75 (Arbitration)    [see NOTE in COMMERCIAL section]
- [ ] CPLR Article 78 (Body or Officer)
- [ ] Election Law
- [ ] Extreme Risk Protection Order
- [ ] MHL Article 9.60 (Kendra's Law)
- [ ] MHL Article 10 (Sex Offender Confinement-Initial)
- [ ] MHL Article 10 (Sex Offender Confinement-Review)
- [ ] MHL Article 81 (Guardianship)
- [ ] Other Mental Hygiene (specify): _____
- [ ] Other Special Proceeding (specify): _____

**STATUS OF ACTION OR PROCEEDING:** Answer YES or NO for every question and enter additional information where indicated.

|  | YES | NO |  |  |
|---|---|---|---|---|
| Has a summons and complaint or summons with notice been filed? | [x] | [ ] | If yes, date filed: | 11/04/2020 |
| Has a summons and complaint or summons with notice been served? | [x] | [ ] | If yes, date served: | 11/10/2020 |
| Is this action/proceeding being filed post-judgment? | [ ] | [x] | If yes, judgment date: | _____ |

**NATURE OF JUDICIAL INTERVENTION:** Check one box only and enter additional information where indicated.

- [ ] Infant's Compromise
- [ ] Extreme Risk Protection Order Application
- [ ] Note of Issue/Certificate of Readiness
- [ ] Notice of Medical, Dental, or Podiatric Malpractice    Date Issue Joined: _____
- [ ] Notice of Motion    Relief Requested: _____    Return Date: _____
- [ ] Notice of Petition    Relief Requested: _____    Return Date: _____
- [x] Order to Show Cause    Relief Requested: PREL INJUNCTION/TEMP REST ORDR    Return Date: _____
- [ ] Other Ex Parte Application    Relief Requested: _____
- [ ] Poor Person Application
- [ ] Request for Preliminary Conference
- [ ] Residential Mortgage Foreclosure Settlement Conference
- [ ] Writ of Habeas Corpus
- [ ] Other (specify): _____

**FILED: NEW YORK COUNTY CLERK 11/17/2020 07:41 PM** INDEX NO. 656014/2020
NYSCEF DOC. NO. 41                                                                                    RECEIVED NYSCEF: 11/17/2020

Case 1:20-cv-10434   Document 1-10   Filed 12/10/20   Page 3 of 3

| | RELATED CASES: | List any related actions. For Matrimonial cases, list any related criminal or Family Court cases. If none, leave blank. If additional space is required, complete and attach the **RJI Addendum (UCS-840A)**. | | | |
|---|---|---|---|---|---|
| | Case Title | Index/Case Number | Court | Judge (if assigned) | Relationship to instant case |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| | PARTIES: | For parties without an attorney, check the "Un-Rep" box and enter the party's address, phone number and email in the space provided. If additional space is required, complete and attach the **RJI Addendum (UCS-840A)**. | | |
|---|---|---|---|---|
| Un-Rep | Parties | Attorneys and/or Unrepresented Litigants | Issue Joined | Insurance |
| | List parties in same order as listed in the caption and indicate roles (e.g., plaintiff, defendant; 3rd party plaintiff, etc.) | For represented parties, provide attorney's name, firm name, address, phone and email.  For unrepresented parties, provide party's address, phone and email. | For each defendant, indicate if issue has been joined. | For each defendant, indicate insurance carrier, if applicable. |
| ☐ | Name: Argonaut Insurance Company<br><br>Role(s): Plaintiff/Petitioner | TOD CHASIN, Riker Danzig Scherer Hyland Perretti LLP, 500 Fifth Avenue 49th Floor, New York, NY  10110, 212.302.6574, tchasin@riker.com | ☐ YES  ☒ NO | |
| ☒ | Name: Drivetrain, LLC<br><br>Role(s): Defendant/Respondent | 410 Park Avenue, New York, NY  10022 | ☐ YES  ☒ NO | |
| ☒ | Name: ABC CORPORATIONS 1-10<br><br>Role(s): Defendant/Respondent | | ☐ YES  ☒ NO | |
| ☒ | Name: JOHN DOES 1-10<br><br>Role(s): Defendant/Respondent | | ☐ YES  ☒ NO | |
| ☐ | Name:<br><br>Role(s): | | ☐ YES  ☐ NO | |
| ☐ | Name:<br><br>Role(s): | | ☐ YES  ☐ NO | |
| ☐ | Name:<br><br>Role(s): | | ☐ YES  ☐ NO | |
| ☐ | Name:<br><br>Role(s): | | ☐ YES  ☐ NO | |
| ☐ | Name:<br><br>Role(s): | | ☐ YES  ☐ NO | |
| ☐ | Name:<br><br>Role(s): | | ☐ YES  ☐ NO | |

**I AFFIRM UNDER THE PENALTY OF PERJURY THAT, UPON INFORMATION AND BELIEF, THERE ARE NO OTHER  RELATED ACTIONS OR PROCEEDINGS, EXCEPT AS NOTED ABOVE, NOR HAS A REQUEST FOR JUDICIAL INTERVENTION BEEN PREVIOUSLY FILED IN THIS ACTION OR PROCEEDING.**

Dated: 11/17/2020

TOD SCOTT CHASIN
Signature

2268746
Attorney Registration Number

TOD SCOTT CHASIN
Print Name

*This form was generated by NYSCEF*