# **EXHIBIT K**

49024567;5

UCS-840C
3/2011

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF New York

---

Argonaut Insurance Company

**Plaintiff(s)/Petitioner(s)**

-against-

Drivetrain, LLC, ABC CORPORATIONS 1-10, JOHN DOES 1-10

**Defendant(s)/Respondent(s)**

---

Index No: 656014/2020

RJI No. (if any):

## COMMERCIAL DIVISION

### Request for Judicial Intervention Addendum

**COMPLETE WHERE APPLICABLE** [add additional pages if needed]:

**Plaintiff/Petitioner's cause(s) of action** [check all that apply]:

- [x] Breach of contract or fiduciary duty, fraud, misrepresentation, business tort (e.g. unfair competition), or statutory and/or common law violation where the breach or violation is alleged to arise out of business dealings (e.g. sales of assets or securities; corporate restructuring; partnership, shareholder, joint venture, and other business agreements; trade secrets; restrictive covenants; and employment agreements not including claims that principally involve alleged discriminatory practices)
- [ ] Transactions governed by the Uniform Commercial Code (exclusive of those concerning individual cooperative or condominium units)
- [ ] Transactions involving commercial real property, including Yellowstone injunctions and excluding actions for the payment of rent only
- [ ] Shareholder derivative actions — without consideration of the monetary threshold
- [ ] Commercial class actions — without consideration of the monetary threshold
- [ ] Business transactions involving or arising out of dealings with commercial banks and other financial institutions
- [ ] Internal affairs of business organizations
- [ ] Malpractice by accountants or actuaries, and legal malpractice arising out of representation in commercial matters
- [ ] Environmental insurance coverage
- [ ] Commercial insurance coverage (e.g. directors and officers, errors and omissions, and business interruption coverage)
- [ ] Dissolution of corporations, partnerships, limited liability companies, limited liability partnerships and joint ventures — without consideration of the monetary threshold
- [ ] Applications to stay or compel arbitration and affirm or disaffirm arbitration awards and related injunctive relief pursuant to CPLR Article 75 involving any of the foregoing enumerated commercial issues — without consideration of the monetary threshold

**Plaintiff/Petitioner's claim for compensatory damages** [exclusive of punitive damages, interest, costs and counsel fees claimed]:

306999.80

**Plaintiff/Petitioner's claim for equitable or declaratory relief** [brief description]:

Plaintiff requests that Drivetrain post collateral in the amount of $306,999.80

**Defendant/Respondent's counterclaim(s)** [brief description, including claim for monetary relief]:



**I REQUEST THAT THIS CASE BE ASSIGNED TO THE COMMERCIAL DIVISION. I CERTIFY THAT THE CASE MEETS THE JURISDICTIONAL REQUIREMENTS OF THE COMMERCIAL DIVISION SET FORTH IN 22 NYCRR § 202.70(a), (b) and (c).**

| | |
|---|---|
| **Dated:** 11/17/2020 | TOD SCOTT CHASIN |
| | **SIGNATURE** |
| | TOD SCOTT CHASIN |
| | **PRINT OR TYPE NAME** |

This form was generated by NYSCEF