# **EXHIBIT L**

49024567;5

HON. LOUIS L. NOCK
J.S.C.

Present: Hon. _____
                    Justice

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

At I.A.S. Part 38 of the Supreme
Court of the State of New York, held in
and for the County of New York, at the
Courthouse located at 60 Centre Street,
New York, New York, on the
_November_ 18th 2020

---

ARGONAUT INSURANCE COMPANY,

  Plaintiff,

v.

DRIVETRAIN, LLC. ABC
CORPORATIONS 1-10, and
JOHN DOES 1-10,

  Defendants.

Index No.: 656014/2020

**ORDER TO SHOW CAUSE**

---

Upon the annexed affirmation of TOD S. CHASIN, ESQ., affirmed on the 17th day of November, 2020, ~~and~~ the attached Exhibits thereto, the Affidavit of Christopher C. Flagg, dated November 2, 2020, and the attached Exhibits thereto, the Memorandum of Law in support of the Order to Show Cause, the proposed order attached hereto, and based on all prior pleadings and proceedings in this matter, and for good and sufficient cause alleged through its

Let the defendant ~~or his attorney~~ Drivetrain LLC, show cause at IAS Part 38, Room ____, of this Court, to be held *~~at the Courthouse, 60 Centre St, New York, New York 10007~~, on the 7th day of January, 2021, at 10 o'clock in the forenoom or as soon as counsel may be heard why an order ~~pursuant to CPLR Rule 2214(d)~~ should not be made ordering Drivetrain to post collateral with Argonaut in the amount of $306,999.80 to secure Drivetrain's alleged indemnity obligation under the ~~subject~~ alleged to be Bonds issued on behalf of Drivetrain ~~as assignee principal and the associated Indemnity Agreements~~; or, alternatively, if Drivetrain fails to post collateral, to prohibit Drivetrain from transferring any assets.

*via remote conference to be arranged by the court

1

Sufficient Cause ~~appearing therefor,~~ being alleged it is ORDERED that let service of a copy of this order, and the other papers upon which this order is granted, upon the defendant ~~by~~ Drivetrain LLC on or before the 24th day of November 2020 be deemed good and sufficient. An affidavit or other proof of service shall be presented to this Court on the return date directed in the second paragraph of this order, and it is Further *

HON. LOUIS L. NOCK
J.S.C.

Enter:

Louis L. Nock
J.S.C.

Index No. 656014/2020

via overnight MAIL or overnight COURIER

* ORDERED that, subsequent to said service -- no later than seven days thereafter -- counsel for movant will notify the Clerk of this part** of the email address information of Drivetrain LLC (or its counsel) to facilitate the remote conference scheduling invitation by the court; and it is further ORDERED that answering papers, if any, be served by overnight MAIL or overnight COURIER on or before December 18, 2020.   ** at rwoody@nycourts.go[v]