# **EXHIBIT M**

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

---

ARGONAUT INSURANCE COMPANY,

Plaintiff,

-v-

DRIVETRAIN, LLC, ABC CORPORATIONS 1-10, and JOHN DOES 1-10,

Defendants.

---

Index No. 656014/2020

**NOTICE OF ENTRY OF ORDER TO SHOW CAUSE DATED NOVEMBER 18, 2020**

**PLEASE TAKE NOTICE** that the attached hereto is a true and correct copy of the Order to Show Cause that was entered by Hon. Louis L. Nock in the above-captioned action on November 18, 2020.

Dated: November 20, 2020

RIKER DANZIG SCHERER
HYLAND & PERRETTI LLP

_____
Tod S. Chasin, Esq.
Curtis M. Plaza, Esq.
Tod S. Chasin, Esq.
Agostino A. Zammiello, Esq.
500 Fifth Avenue, 49th Floor
New York, New York 10110
(212) 302-6574
Attorneys for Argonaut Insurance Company

**To:**

Drivetrain, LLC
Attn: Marc Rosenberg
410 Park Ave., Suite 900
New York, NY 10022

HON. LOUIS L. NOCK
J.S.C.

Present: Hon. _____
                        Justice

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

At I.A.S. Part ___ 38 ___ of the Supreme
Court of the State of New York, held in
and for the County of New York, at the
Courthouse located at 60 Centre Street,
New York, New York, on the
of November 18th 2020

---

ARGONAUT INSURANCE COMPANY,

                     Plaintiff,

v.

DRIVETRAIN, LLC. ABC
CORPORATIONS 1-10, and
JOHN DOES 1-10,

                     Defendants.

Index No.: 656014/2020

ORDER TO SHOW CAUSE

---

Upon the annexed affirmation of TOD S. CHASIN, ESQ., affirmed on the 17th day of November, 2020, and the attached Exhibits thereto, the Affidavit of Christopher C. Flagg, dated November 2, 2020 and the attached Exhibits thereto, the Memorandum of Law in support of the Order to Show Cause, the proposed order attached hereto, and based on all prior pleadings and proceedings in this matter, and for good and sufficient cause alleged through its

Let the defendant ~~or his~~ attorney show cause at IAS Part __38__, Room ____, of this Court, to be held *~~at the Courthouse, 60 Centre St, New York, New York 10007~~, on the __7th__ day of January, 2021 ~~2020~~, at __10__ o'clock in the ~~noon~~ forenoon or as soon as counsel may be heard why an order ~~pursuant to CPLR Rule 2214(d)~~ should not be made ordering Drivetrain to post collateral with Argonaut in the amount of $306,999.80 to secure Drivetrain's alleged indemnity obligation under ~~the subject~~ alleged to be Bonds issued on behalf of Drivetrain ~~as assignee principal and the associated Indemnity Agreements~~; or, alternatively, if Drivetrain fails to post collateral, to prohibit Drivetrain from transferring any assets.

Drivetrain LLC,

*via remote conference to be arranged by the court

Sufficient Cause ~~appearing therefor~~ being alleged, it is ORDERED that let service of a copy of this order, and the other papers upon which this order is granted, upon the defendant ~~by~~ Drivetrain LLC on or before the 24th day of November 2020 be deemed good and sufficient. An affidavit or other proof of service shall be presented to this Court on the return date directed in the second paragraph of this order, and it is Further *

Enter:

HON. LOUIS L. NOCK
J.S.C.

Louis L. Nock
J.S.C.

Index No. 656014/2020

via overnight MAIL or overnight COURIER

\* ORDERED that, subsequent to said service -- no later than seven days thereafter - counsel for movant will notify the Clerk of this part** of the email address information of Drivetrain LLC (or its counsel) to facilitate the remote conference scheduling invitation by the court; and it is further ORDERED that answering papers, if any, be served by overnight MAIL or overnight COURIER on or before December 18, 2020.   \*\* at rwoody@nycourts.go