# **EXHIBIT N**

## AFFIRMATION OF SERVICE

TOD S. CHASIN, ESQ. hereby affirms the truth of the following facts under penalty of perjury:

1. I am not a party to this action, am over eighteen years of age and am a counsel of the law firm of Riker, Danzig, Scherer, Hyland & Perretti, LLP, attorneys for Plaintiff, Argonaut Insurance Company.

2. On November 20, 2020, I served, via Certified Mail and email, the attached Notice of Entry of the Order to Show Cause, dated November 18, 2020, along with documents submitted in support of the Order to Show Cause upon the following party:

>Drivetrain, LLC
>Attn: Marc Rosenberg
>410 Park Ave., Suite 900
>New York, NY 10022
>mrosenberg@drivetrainllc.com

Dated: November 20, 2020

>RIKER DANZIG SCHERER
>HYLAND & PERRETTI LLP
>
>_____
>Curtis M. Plaza, Esq.
>Tod S. Chasin, Esq.
>Agostino A. Zammiello, Esq.
>500 Fifth Avenue
>New York, New York 10110
>Tel: (212) 302-6574
>Fax: (212) 302-6628

5230733v1