# **EXHIBIT O**

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

ARGONAUT INSURANCE COMPANY,

                    Plaintiff,

         v.

DRIVETRAIN, LLC; ABC CORPORATIONS 1-10; and JOHN DOES 1-10,

                   Defendants.

Index No. 656014/2020

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that John A. Morris hereby appears in the above-captioned action as counsel for Defendant Drivetrain, LLC, and demands that all documents be served upon the undersigned.

  Dated:  November 24, 2020        **PACHULSKI STANG ZIEHL & JONES LLP**

                               */s/ John A. Morris*
                             John A. Morris
                             780 Third Avenue, 13th Floor
                             New York, NY 10017
                             Telephone: (212) 561-7700
                             Facsimile: (212) 561-7777
                             E-mail:  jmorris@pszjlaw.com

                             *Attorney for Defendant Drivetrain, LLC*