# **EXHIBIT Q**

49024567;5

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

ARGONAUT INSURANCE COMPANY,

               Plaintiff,

     v.

DRIVETRAIN, LLC; ABC CORPORATIONS 1-10; and JOHN DOES 1-10,

               Defendants.

Index No. 656014/2020

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Shirley S. Cho hereby appears in the above-captioned action as counsel for Defendant Drivetrain, LLC, and demands that all documents be served upon the undersigned.

Dated: November 24, 2020

**PACHULSKI STANG ZIEHL & JONES LLP**

_/s/ Shirley S. Cho_
Shirley S. Cho
780 Third Avenue, 13th Floor
New York, NY 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
E-mail: scho@pszjlaw.com

*Attorney for Defendant Drivetrain, LLC*