UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ARGONAUT INSURANCE COMPANY,

                              Plaintiff,

-v-

DRIVETRAIN, LLC, ABC CORPORATIONS 1-10, and JOHN DOES 1-10,

                              Defendants.

Civ. A. No. 1:20-cv-10434

---

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff and its counsel hereby give notice that the above-captioned action is voluntarily dismissed, with prejudice, against the defendant Drivetrain, LLC without costs awarded to any party against any other.

Dated: December 29, 2020

                                                          RIKER DANZIG SCHERER
                                                          HYLAND & PERRETTI LLP

                                                          _____
                                                          Tod S. Chasin, Esq.
                                                          Curtis M. Plaza, Esq.
                                                          500 Fifth Avenue, 49th Floor
                                                          New York, New York 10110
                                                          (212) 302-6574

                                                          Attorneys for Argonaut Insurance Company

SO ORDERED.
                /s/ John G. Koeltl
December 30, 2020    John G. Koeltl
New York, NY            U.S.D.J.